AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Vaughn Gordon

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00056
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/14/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Vaughn Allan Gordon,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in the Capitol Buildings

Date: January 14, 2021

Robin M. Meriweather
2021.01.14 11:21:55 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/14/2021, and the person was arrested on *(date)* 1/14/2021
at *(city and state)* 184 Catherine St. Lafayette, LA 70503

Date: 1/14/2021

*Arresting officer's signature*

Daniel English, FBI Special Agent
*Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00056 |
| Vaughn Gordon | ) Assigned to: Judge Robin M. Meriweather |
| DOB: 11/01/1966 | ) Assign Date: 1/14/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew Berger, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: January 14, 2021

Robin M. Meriweather
2021.01.14 11:30:44 -05'00'
*Judge's signature*

City and state: Washington, DC    Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

Assign Date: 1/14/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Andrew Berger, is a Special Agent with the Washington Field Office of the Federal Bureau of Investigation, where I investigate a variety of while collar matters. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On January 6, 2021, photographs were posted on a Facebook page with the username of "Vaughn Gordon," that appeared to have been taken inside the rotunda of the U.S. Capitol. Your Affiant was unable to view the photographs on GORDON's Facebook page, but images of the photographs that had been posted were captured and provided to law enforcement. They show "selfie" style images of GORDON outside the U.S. Capitol wearing goggles and inside the U.S. Capitol, goggles now around his neck, and wearing a backwards cap bearing "USA" with a caption stating, "Live inside the Congress building. It was worth the tear gas[.]" Additional posts from the Facebook page described being at the U.S. Capitol, including one alleging that at some point officers ushered people into the building and that he was never asked to leave but was limited to the Rotunda area of the building.

 

On January 9, 2021, Louisiana-based news organization *The Advocate* published an article entitled "Lafayette man was among those in U.S. Capitol during riot, says he was peaceful amid the 'mayhem.'" [1] According to the article, on January 9, 2021, GORDON, addressed a crowd in front of the Louisiana State Capitol, during which time GORDON told the crowd "[y]ou're looking at what by mandate is a felon because I entered into the Capitol during the riot," and that he was in the building for nearly two hours. GORDON indicated he had traveled to Washington, D.C., with a friend to attend the January 6, 2021, "Stop the Steal" rally and afterwards marched to the Capitol. According to the article, GORDON further indicated he had entered the building because tear gas drove him inside.

The article further reported that GORDON had shared additional photographs from the Capitol, and photographs included in the article are captioned "Courtesy of Vaughn Gordon." Your affiant recognizes the location shown in the photographs as the interior of the U.S. Capitol. Specifically, the picture on the left-hand side below appears to show GORDON in front of the

---

[1] The article is available in its entirety at https://www.theadvocate.com/baton_rouge/news/article_bebdcfa8-52c6-11eb-9bf1-63c58373a3e2.html.

George Washington statue in the Rotunda, and the picture on the right-hand side appears to show unidentified individuals in front of the Roger Sherman statue located in the Crypt:




Your affiant has confirmed these identifications of GORDON. First, the images of GORDON in the U.S. Capitol display unique attire and a clear view of the individual's face. Your affiant has reviewed GORDON's Louisiana operator's license photograph and other photographs posted to GORDON's Facebook page. The person in those photographs appears to be the same individual in the pictures at the U.S. Capitol on January 6, 2021.

Additionally, during the course of the investigation, your affiant has also spoken to other members of law enforcement, who interviewed W-1. W-1 was shown *The Advocate* article and identified the person in the backwards cap bearing "USA" as GORDON. W-1 advised that ithas interacted face-to-face with GORDON on multiple occasions. Further, at least one image provided by GORDON to Louisiana local media appears to be the same as an image posted to the Facebook account using the name "Vaughn Gordon." Finally, your affiant has also reviewed multiple leads regarding GORDON received via the FBI's tipline, including additional posts from GORDON's Facebook account discussing his presence in the U.S. Capitol on January 6, 2021.

Based on the foregoing, your affiant submits that there is probable cause to believe that GORDON violated 18 U.S.C. § 1752(a)(1) which makes it a crime to knowingly enter or remain in any restricted building or grounds without lawful authority to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that GORDON violated 40 U.S.C. § 5104(e)(2)(G), which makes it a crime to willfully parade, demonstrate, or picket in any of the Capitol Buildings.

Andrew Berger
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 14th day of January 2021.

Robin M. Meriweather
2021.01.14 11:10:37
-05'00'

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**                               CASE NO.  6:21-MJ-00012-01 WDLA
                                                                                 1:21-MJ-00056  D.C.
**VERSUS**

**GORDON VAUGHN**                                             **MAGISTRATE JUDGE HANNA**

### MINUTES OF COURT:
**Initial Appearance**

| Date: | January 14, 2021 | Presiding: Magistrate Judge Patrick J. Hanna |
|---|---|---|
| Court Opened: | 4:00 p.m. | Courtroom Deputy: Evelyn Alexander |
| Court Adjourned: | 4:25 p.m. | Court Reporter: Zoom Recording |
| Statistical Time: | :20 | Courtroom: Video Conference |
| | | Probation Officer: Eric Villermin |

### APPEARANCES

| Daniel J McCoy (AUSA) | For | United States of America |
|---|---|---|
| Cristie Gautreaux Gibbens (AFPD) | For | Vaughn Gordon, Defendant |
| Vaughn Gordon, Defendant | | |

### PROCEEDINGS

**BEFORE COURT OPENED:**
Defendant Interviewed by Pretrial Services Officer
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE:**
Initial Appearance on an Arrest Warrant from: District of Columbia
Defendant Sworn
Defendant and all counsel consented to the hearing being held via video conference
Defendant Advised of Charges, Maximum Penalties & Rights

Oral motion for appointed counsel by defendant.

Based on the information provided by the defendant, the court finds that defendant does not have the financial resources to retain counsel. Order appointing the Office of the Public Defender to represent defendant signed.

Reading of charging documents: Waived

Identity Hearing: Waived
Preliminary Hearing: Waived

The government is not moving for detention

Bond Set: Personal Recognizance Appearance Bond Signed (AO98)
Order Setting Conditions of Release Signed (Modified AO199)

Defendant ordered released after processing by U.S. Marshal pending further proceedings.

Defendant ordered to appear before the District of Columbia on **Friday, January 22, 2021 at 12:00 noon CST/1:00 p.m. EST** for further proceedings. Counsel for Defendant advised that the conference room at the Office of the Federal Public Defender in Lafayette, LA is available for Defendant's use for that appearance.

Defendant is requesting appointment of counsel for appearances before the District of Columbia.

**FILINGS:**
Order Appointing Counsel
Appearance Bond
Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**          **CASE NO. 6:21-MJ-00012-01 WDLA**
                                                              **1:21-MJ-00056 D.C.**

**VERSUS**

**VAUGHN GORDON**                            **MAGISTRATE JUDGE HANNA**

## AMENDED MINUTES OF COURT:
### Initial Appearance

| | | | |
|---|---|---|---|
| Date: | January 14, 2021 | Presiding: | Magistrate Judge Patrick J. Hanna |
| Court Opened: | 4:00 p.m. | Courtroom Deputy: | Evelyn Alexander |
| Court Adjourned: | 4:25 p.m. | Court Reporter: | Zoom Recording |
| Statistical Time: | :20 | Courtroom: | Video Conference |
| | | Probation Officer: | Eric Villermin |

## APPEARANCES

| | | |
|---|---|---|
| Daniel J McCoy (AUSA) | For | United States of America |
| Cristie Gautreaux Gibbens (AFPD) | For | Vaughn Gordon, Defendant |
| Vaughn Gordon, Defendant | | |

## PROCEEDINGS

**BEFORE COURT OPENED:**
Defendant Interviewed by Pretrial Services Officer
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE:**
Initial Appearance on an Arrest Warrant from: District of Columbia
Defendant Sworn
Defendant and all counsel consented to the hearing being held via video conference
Defendant Advised of Charges, Maximum Penalties & Rights

Oral motion for appointed counsel by defendant.

Based on the information provided by the defendant, the court finds that defendant does not have the financial resources to retain counsel. Order appointing the Office of the Public Defender to represent defendant signed.

Reading of charging documents: Waived

Identity Hearing: Waived
Preliminary Hearing: Waived

The government is not moving for detention

Bond Set: Personal Recognizance Appearance Bond Signed (AO98)
Order Setting Conditions of Release Signed (Modified AO199)

Defendant ordered released after processing by U.S. Marshal pending further proceedings.

Defendant ordered to appear before the District of Columbia on **Friday, January 22, 2021 at 12:00 noon CST/1:00 p.m. EST** for further proceedings. Counsel for Defendant advised that the conference room at the Office of the Federal Public Defender in Lafayette, LA is available for Defendant's use for that appearance.

Defendant is requesting appointment of counsel for appearances before the District of Columbia.

**FILINGS:**
Order Appointing Counsel
Appearance Bond
Order Setting Conditions of Release

AO 98 (Rev. 12/11) Appearance Bond

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JAN 14 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| VAUGHN GORDON | ) Case No. 6:20-MJ-00012 |
| | ) |
| _Defendant_ | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Vaughn Gordon_____ (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;
( X )    if convicted, to surrender to serve a sentence that the court may impose; or
(   )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____.

(   ) (3) This is a secured bond of $ _____, secured by:

     (   ) (a) $ _____, in cash deposited with the court.

     (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property (describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

     (   ) (c) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____             _____
                                         *Defendant's signature*

_____   _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____   _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

_____   _____
*Surety/property owner – printed name*   *Surety/property owner – signature and date*

CLERK OF COURT

Date: _____             _____
                                         *Signature of Clerk or Deputy Clerk*

Approved.
Date: 1/14/21                      _____
                                         *Judge's signature*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JAN 14 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNITED STATES OF AMERICA**          CASE NO. 6:21-MJ-00012-01

**VERSUS**

**VAUGHN GORDON**                     MAGISTRATE JUDGE HANNA

**ORDER**

On the basis of the captioned-defendant's financial affidavit in this case, the Court determines that the defendant:

___ is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

✓ is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent defendant or recommend counsel for appointment from the CJA panel.

___ is financially unable to pay the fee of any witness and, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

THUS DONE in Chambers on this ___14th___ day of ___January___, 2021.

_____
Patrick J. Hanna
United States Magistrate Judge

AO 199A (Rev. 06/19) Order Setting Conditions of Release — Page 1 of 3 Pages

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JAN 14 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

United States of America
v.
VAUGHN GORDON

Defendant

Case No. 6:21-mj-00012

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                         Place

on _____
            Date and Time

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

Person or organization _____
Address (only if above is an organization) _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                    Custodian                              Date

( ) (7) The defendant must:
- ( ) (a) submit to supervision by and report for supervision to the _____ telephone number _____, no later than _____.
- ( ) (b) continue or actively seek employment.
- ( ) (c) continue or start an education program.
- ( ) (d) surrender any passport to: _____
- ( ) (e) not obtain a passport or other international travel document.
- (X) (f) abide by the following restrictions on personal association, residence, or travel:
  Not travel outside of the Western District of Louisiana without permission of pretrial services
- ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- ( ) (h) get medical or psychiatric treatment: _____
- ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( ) (k) not possess a firearm, destructive device, or other weapon.
- ( ) (l) not use alcohol ( ) at all ( ) excessively.
- ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  - ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - ( ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- ( ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( ) (s) _____

AO 199C (Rev. 09/08) Advice of Penalties                                            Page 3 of 3 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
 (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more - you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
 (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years - you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
 (3) any other felony - you will be fined not more than $250,000 or imprisoned not more than two years, or both;
 (4) a misdemeanor - you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 1/14/21

_____
Judicial Officer's Signature

Patrick J Hanna, US Magistrate Judge
Printed name and title

DISTRIBUTION   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## Western District of Louisiana (Lafayette)
## CRIMINAL DOCKET FOR CASE #: 6:21-mj-00012-PJH All Defendants

Case title: USA v. Vaughn
Other court case number: 1:21-mj-00056 District of Columbia

Date Filed: 01/14/2021
Date Terminated: 01/14/2021

---

Assigned to: Magistrate Judge Patrick J Hanna

**Defendant (1)**

**Vaughn Allan Gordon**
*TERMINATED: 01/14/2021*

represented by **Cristie Gautreaux Gibbens**
Federal Public Defenders Office (LAF)
102 Versailles Blvd Ste 816
Lafayette, LA 70501
337-262-6336
Fax: 337-262-6605
Email: cristie_gibbens@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18 USC 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds without Lawful Authority; 40 USC | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Daniel J McCoy**<br>U S Attorneys Office (LAF)<br>800 Lafayette St Ste 2200<br>Lafayette, LA 70501<br>337-262-6618<br>Fax: 337-262-6682<br>Email: daniel.j.mccoy@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2021 | 1 | COMPLAINT as to Vaughn Allan Gordon (1). (Attachments: # 1 Affidavit) (crt,Bray, K) (Additional attachment(s) added on 1/15/2021: # 2 SEALED-Arrest Warrant) (Bray, K). (Entered: 01/15/2021) |
| 01/14/2021 | 2 | ORAL MOTION to Appoint Counsel by Vaughn Allan Gordon (1). (crt,Bray, K) (Entered: 01/15/2021) |
| 01/14/2021 | 3 | MINUTES for proceedings held before Magistrate Judge Patrick J Hanna: INITIAL APPEARANCE as to Vaughn Allan Gordon (1) held on 1/14/2021. Oral Order granting 2 Motion to Appoint Counsel. Appearances made by Daniel J McCoy for USA, Cristie Gautreaux Gibbens for Vaughn Allan Gordon as to Vaughn Allan Gordon (1). Defendant ordered to appear before the District of Columbia on Friday, January 22, 2021 at 12:00 noon CST/1:00 p.m. EST for further proceedings. Defendant ordered released on personal recognizance bond after processing by U.S. Marshal pending further proceedings. (Court Reporter: VTC) (crt,Bray, K) (Entered: 01/15/2021) |
| 01/14/2021 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Vaughn Allan Gordon (1). Signed by Magistrate Judge Patrick J Hanna on 1/14/2021. (crt,Bray, K) (Entered: 01/15/2021) |
| 01/14/2021 | 5 | APPEARANCE BOND entered as to Vaughn Allan Gordon (1): Personal Recognizance Bond Signed by Magistrate Judge Patrick J Hanna on 1/14/2021. (crt,Bray, K) (Entered: 01/15/2021) |
| 01/14/2021 | 6 | ORDER Setting Conditions of Release as to Vaughn Allan Gordon (1) Personal Recognizance Bond Signed by Magistrate Judge Patrick J Hanna on 1/14/2021. (crt,Bray, K) (Entered: 01/15/2021) |
| 01/14/2021 | 8 | AMENDED MINUTES for proceedings held before Magistrate Judge Patrick J Hanna re Minutes of 3 Initial Appearance as to Vaughn Allan Gordon (1) held on 1/14/2021 (Court Reporter: VTC) (crt,Bray, K) (Entered: 01/19/2021) |
| 01/15/2021 | 7 | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Vaughn Allan Gordon (1). Your case number is: 1:21-mj-00056. Docket sheet and documents attached. (If you need additional information, please send a request to lawdml_criminal@lawd.uscourts.gov.) (crt,Bray, K) (Entered: 01/15/2021) |